FILED

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAR 15 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 09-30346 |
| Plaintiff - Appellee, | D.C. No. 9:09-cr-00004-DWM |
| v. | |
| DANIEL LYN BENNETT, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Montana
Donald W. Molloy, District Judge, Presiding

Submitted March 8, 2011[**]

Before:     FARRIS, LEAVY, and BYBEE, Circuit Judges.

Daniel Lyn Bennett appeals from his guilty-plea conviction and 200-month

sentence for conspiracy to distribute methamphetamine, in violation of 21 U.S.C.

§ 846. Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Bennett's counsel

has filed a brief stating there are no grounds for relief, along with a motion to

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

withdraw as counsel of record.  We have provided the appellant with the opportunity to file a pro se supplemental brief.  A supplemental brief and answering brief have been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80-81 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED**, and the district court's judgment is **AFFIRMED**.